CLERK, U.S. DISTRICT COURT

APR 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

STEVEN OLSON,

          Petitioner,

         v.

WARDEN,

          Respondent.

)
)
)
)
)
)
)
)
)
)
)

NO. ED CV 09-0250 GW (FMO)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _April 24_ , 2009.


_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE